IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 1:22-cr-120-TBM-BWR
                                                      CIVIL ACTION NO. 1:25-cv-111-TBM
CORRIE MONTRELL HINTON

**ORDER**

Defendant Corrie Montrell Hinton filed a Motion to Vacate [323] under 28 U.S.C. § 2255 in which he alleges that he received ineffective assistance of counsel. Before considering the Motion to Vacate, the Court finds that Hinton's former defense counsel should be required to respond to his allegations via affidavit.

IT IS THEREFORE ORDERED AND ADJUDGED that Hinton's former defense counsel, Sean Buckley, shall file, within forty-five (45) days of this Order, a written affidavit responding to the allegations in Hinton's Motion to Vacate [323] under 28 U.S.C. § 2255. The Government is directed to furnish the above-referenced attorney with a copy of this Order and Hinton's Motion to Vacate [323], if Fuller's former defense counsel has not received them from the Clerk of Court.

IT IS FURTHER ORDERED AND ADJUDGED that Hinton has waived his right to claim attorney-client privilege in regard to these proceedings.

IT IS FURTHER ORDERED AND ADJUDGED that the Government shall file its response to Hinton's Motion to Vacate [323] within thirty (30) days from the filing of Hinton's former defense counsel's affidavit.

This, the 17th day of June, 2025.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE